USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

RAMIRO PACHECO and KENYA B CASTILLO ALVARENGA, *individually and on behalf of others similarly situated*,

                                       Plaintiffs,

             -against-

CHINELUS CORP., et al.,

                                       Defendants.

-------------------------------------------------------------------X

**ORDER**

**18-CV-9372 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On October 15, 2019, this Court granted the parties' request to adjourn the upcoming conference in this action *sine die,* in light of the parties' representation that they have reached a settlement. To date, the parties have not filed their proposed settlement agreement with this Court for approval. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). Accordingly, the parties are directed to file their proposed settlement agreement on the docket by no later than **December 6, 2019**.

**SO ORDERED.**

Dated: New York, New York
        November 26, 2019

_____
KATHARINE H. PARKER
United States Magistrate Judge